UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00110-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **MARK TUAN LE,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on the joint Motion to Accept Early Payment of Monetary Penalties. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion to Accept Early Payment of Monetary Penalties (#19) is GRANTED, and the Clerk of Court is directed to accept prepayment of monetary penalties and deposit funds into the non-interest Treasury Registry Fund until entry of the Judgment; the Clerk of Court shall, upon entry of the Judgment, transfer the funds from the Treasury Registry Fund to the Restitution Fund for disbursement to victims.

Signed: April 17, 2015

Max O. Cogburn Jr
United States District Judge